**FILED**

FEB 0 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Robert Furhman

    Defendant(s).

No.: 3-06-70043 JCS

**CJA CONTRIBUTION ORDER**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

IT IS HEREBY ORDERED THAT:

__xx__ The defendant is liable for a contribution of $ 100.00 per month, until the case is concluded or until further order of Court, commencing:

    __X__ That certain date of 3-1-06 and the same day each month thereafter;

    ____ The first day of _____ and the first day of each month thereafter.

    ____ Other: _____

____ The defendant is liable for a one-time contribution of $_____, due by:

    ____ That certain date of _____;

    ____ Other: _____

Dated: 2-1-06

MARIA-ELENA JAMES
United States Magistrate Judge

Distribution:

AUSA, Defense Counsel, AFPD, Probation, Finance Office, Case File